USCA1 Opinion

 

 UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-1170 UNITED STATES OF AMERICA, Plaintiff, Appellant, v. ONE PARCEL OF REAL PROPERTY WITH BUILDINGS, APPURTENANCES, AND IMPROVEMENTS, KNOWN AS 154 MANLEY ROAD, LOCATED IN THE TOWN OF BURRILLVILLE, RHODE ISLAND, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND [Hon. Mary M. Lisi, U.S. District Judge] ___________________ ____________________ Before Selya, Cyr and Boudin, Circuit Judges. ______________ ____________________ Sheldon Whitehouse, United States Attorney, and Michael P. ___________________ ___________ Iannotti, Assistant United States Attorney, for appellant United ________ States of America. Ernest Barone for appellees. _____________ ____________________ July 30, 1996 ____________________ Per Curiam. The government appeals from a decision __________ of the district court dismissing its civil forfeiture claim as violative of the Double Jeopardy Clause of the Fifth Amendment. United States v. 154 Manley Rd., 908 F. Supp. ______________ ______________ 1070, 1083 (D.R.I. 1995). The parties agree, and we are likewise persuaded, that the judgment below must be vacated in light of the Supreme Court's recent decision in United ______ States v. Ursery, 116 S. Ct. 2134 (1996) (holding that in rem ______ ______ civil forfeitures under 21 U.S.C. 881(a)(7) are neither "punishment" nor criminal for purposes of the Double Jeopardy Clause), and the case remanded for further proceedings. See ___ Loc. R. 27.1. Vacated and remanded. ____________________ -2-